**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Steven E. Schwarz, et al.

                Plaintiff,

v.   Case No.: 1:11−cv−00501
    Honorable Gary Feinerman

Sellers Markets, Inc., et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 7, 2011:

      MINUTE entry before Honorable Gary Feinerman:For the reasons set forth in the accompanying Memorandum and Order, the Sellers Defendants' motion to dismiss for improper venue or in the alternative to transfer [41] is granted in part and denied in part. Pursuant to 28 U.S.C. § 1404(a), this case is transferred to the Northern District of California. Defendant Restaurant Solutions' motion to dismiss for lack of personal jurisdiction [89] is denied as moot. The Clerk is requested to effectuate transfer pursuant to Local Rule 83.4, and to close this case upon its transfer. Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.