

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                 (312) 435-5691

September 21, 2011

Phillip Burton
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

**RE:**    Schwarz et al v. Sellers Markets, Inc. et al
**Case No:**    11cv00501

Dear Clerk:

Pursuant to the order entered by Honorable Gary Feinerman on September 7, 2011, the above record

- was electronically transmitted to USDC for the Northern District of California.
- sealed document # 4 sent via certified mail no. 7008 1830 0000 4138 5198

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                            Sincerely yours,
                                                            **Michael W. Dobbins, Clerk**

                                                            By:___/s/Brenda Rinozzi_____
                                                                      Deputy Clerk

New Case No. _____          Date _____

cc:    Non-ECF Attorneys and Pro se Parties