**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
————————
www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                    510.637.3530

September 28, 2011


CASE TITLE:     REENA LEVIN-v-DEBORAH SELLERS
RECEIVED FROM: USDC Northern District of Illinois

CASE NUMBER:    C11-04783 DMR


TO COUNSEL OF RECORD:

        The above entitled action has been transferred to this District.  All future filings should

reflect the above case number.



                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk



                                        by:  Valerie Kyono
                                        Case Systems Administrator









o:\mrg\civil\transin.mrg