**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET
OAKLAND, CALIFORNIA 94102
Phone: (510) 637-3530



RICHARD W. WIEKING
    Clerk of Court

October 7, 2011

Charles H. Cole
Margaret Martha Fitzsimmons
Schuyler, Roche & Zwirner
130 East Randolph Street
Suite 3800
Chicago, IL 60601

Bradford D. Roth
Anne Marie Junia
Le Ann Fracasso
Stephanie Stomberg
Cassiday Schade LLP
20 North Wacker Drive
Suite 1040
Chicago, IL 60606-2903

**Re:   STEVEN E. SCHWARZ, ET AL  v. SELLERS MARKETS, INC., ET AL**
       C11-04783-DMR

Dear Counsel:

      This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all purposes including trial.
      The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.
      A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and electronically file it with the Court **on or before October 21, 2011.**   These forms can be found on the Court's website at www.cand.uscourts.gov.

                                              Sincerely,

                                              Richard W. Wieking
                                              Clerk, U.S. District Court

                                              By: Ivy L. Garcia
                                                 Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. SCHWARZ, ET AL, <br><br>    Plaintiffs, <br><br>    v. <br><br>SELLERS MARKETS, INC., ET AL, <br><br>    Defendants. <br>_____/ | No. C-11-04783-DMR <br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____     _____
                                                                     Signature

                                                                     Counsel for _____
                                                                     (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. SCHWARZ, ET AL, | No. C-11-04783-DMR |
| Plaintiffs, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| SELLERS MARTKETS, INC., ET AL, | **AND** |
| Defendants. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| _____/ | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                   Signature

                                   Counsel for _____
                                   (Name or party or indicate "pro se")