Name: Steven E. Schwarz and Reena Levin, husband and wife
Address: 2461 W. Foster Ave., #1W
Chicago, IL 60625
Phone Number: (773) 837-6134
E-mail Address: stevenschwarz23@yahoo.com
*Pro Se*

RECEIVED
OCT - 5 2011

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Levin, et al.<br><br>Plaintiff,<br><br>vs.<br><br>Sellers, et al.<br><br>Defendant. | Case Number: C 11-04783 DMR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

APPROVED
Judge Donna M. Ryu

_____
United States District/Magistrate Judge