**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11   REENA LEVIN,                              No. C-11-04783 (DMR)
12              Plaintiff(s),                  **ORDER TO SHOW CAUSE WHY**
                                               **PLAINTIFFS' COMPLAINT SHOULD**
13         v.                                  **REMAIN UNDER SEAL**
14   DEBORAH SELLERS,
15              Defendant(s).
     _____/
16

17         The District Court for the Northern District of Illinois transferred this case to the Northern

18   District of California on September 21, 2011.  In accordance with the language of the transfer notice

19   [Docket No. 101], the complaint was filed in this Court under seal.  The court hereby ORDERS the

20   parties to SHOW CAUSE why the complaint should remain under seal.  Parties shall submit their

21   responses, no longer than four pages each, by November 7, 2011.

22         IT IS SO ORDERED.

23

24   Dated:  October 25, 2011

25                                             _____
                                               DONNA M. RYU
26                                             United States Magistrate Judge

27

28