UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REENA LEVIN,

        Plaintiff(s),

    v.

DEBORAH SELLERS,

        Defendant(s).

No. C-11-04783 (DMR)

**ORDER TO SHOW CAUSE WHY PLAINTIFFS' COMPLAINT SHOULD REMAIN UNDER SEAL**

The District Court for the Northern District of Illinois transferred this case to the Northern District of California on September 21, 2011. In accordance with the language of the transfer notice [Docket No. 101], the complaint was filed in this Court under seal. The court hereby ORDERS the parties to SHOW CAUSE why the complaint should remain under seal. Parties shall submit their responses, no longer than four pages each, by November 7, 2011.

IT IS SO ORDERED.

Dated: October 25, 2011

_____
DONNA M. RYU
United States Magistrate Judge