UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN, | No. C-11-04783 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| DEBORAH SELLERS, | |
| Defendant(s). | |

The court is in receipt of the parties' response [Docket No. 121] to the Order to Show Cause issued on October 25, 2011 [Docket No. 119]. The Order to Show Cause is hereby DISCHARGED. The court ORDERS that, if Plaintiffs wish to file their complaint partially or completely under seal, they file an administrative motion to file under seal in accordance with Local Rules 7-11 and 79-5 no later than December 5, 2011.

IT IS SO ORDERED.

Dated: November 8, 2011

DONNA M. RYU
United States Magistrate Judge