UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN, | No. C-11-04783 (DMR) |
| Plaintiff(s), | **ORDER FOR SUPPLEMENTAL BRIEFING** |
| v. | |
| DEBORAH SELLERS, | |
| Defendant(s). | |

The court hereby ORDERS Plaintiffs to file with the court a copy of the contract(s) at issue between Plaintiffs and the defaulted Defendants no later than February 16, 2102. Upon receipt of this Order, Plaintiffs shall serve a copy on Defendants and file proof of service with the Court.

IT IS SO ORDERED.

Dated: February 14, 2012

DONNA M. RYU
United States Magistrate Judge