UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. SCHWARZ and REENA LEVIN, joint tenants,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>SELLERS MARKET, INC., et al.<br><br>                    Defendants. | CASE NO. 11-04783-DMR<br><br>ORDER ON RESTAURANT SOLUTIONS, INC.'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT MARCH 22, 2012, CASE MANAGEMENT CONFERENCE |

Having considered Defendant Restaurant Solutions, Inc.'s Administrative Motion and supporting Declaration, Defendant's motion is GRANTED. Lead counsel for Defendant Restaurant Solutions, Inc. may appear telephonically at the Case Management Conference scheduled for ~~1:30 p.m.~~ 11:00 a.m. on March 22, 2012.

IT IS SO ORDERED.

Dated: March 12, 2012                                     _____

DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu*

-1-          CASE NO. 11-04783-DMR

ORDER ON RESTAURANT SOLUTIONS, INC.'S ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT MARCH 22, 2012, CASE MANAGEMENT CONFERENCE