1  STEVEN E. SCHWARZ
   REENA LEVIN
2  2461 W. FOSTER AVE., #1W
   CHICAGO, IL 60625
3  PLAINTIFFS *IN PRO SE*

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8

9
   REENA LEVIN, *et. al.*,                    No. C-11-04783 DMR
10
                    Plaintiff(s),             **JOINT STIPULATION OF**
11                                            **DISMISSAL**
       vs.
12
   DEBORAH SELLERS, *et. al.*,
13
                    Defendant(s).
14

15  _____

16

17      Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and the March 10, 2012 Settlement Agreement

18  among the parties hereto, Plaintiffs *in Pro Se* Steven E. Schwarz and Reena Levin hereby dismiss

19  their complaint against Defendants James Sellers, Deborah Sellers, Sellers Markets, Inc., David

20  Sloan, Michael Schmitz, Growth Capital Services, Inc., Bancroft Partners, LLC, Tennyson West

21  LLC, and Restaurant Solutions, Inc. with prejudice, said dismissal to be a bar to the bringing of

22  this action in the future.

23      The Parties stipulate that this Court retains jurisdiction over any claims or actions in law

24  or in equity necessary to enforce the terms of the Parties' Settlement Agreement executed as of

25  March 10, 2012.

26

27      The Parties shall bear their own costs, including their own attorneys' fees.

28

JOINT STIPULATION OF DISMISSAL            1                    CASE NO. C-11-04783 (DMR)

| | | |
|---|---|---|
| 1 | **AGREED TO BY:** | _____/s/ Steven E. Schwarz_____ |
| | | STEVEN E. SCHWARZ, Plaintiff *in Pro Se* |
| 2 | | |
| | | _____/s/ Reena Levin_____ |
| 3 | | REENA LEVIN, Plaintiff *in Pro Se* |

1  **AGREED TO BY:**     _____/s/ Steven E. Schwarz_____
                         STEVEN E. SCHWARZ, Plaintiff *in Pro Se*

2
                         _____/s/ Reena Levin_____
3                        REENA LEVIN, Plaintiff *in Pro Se*

4
                         _____/s/ Charles H. Cole_____
5                        Attorney for Defendants JAMES SELLERS,
                         DEBORAH SELLERS, SELLERS MARKETS,
6                        INC., DAVID SLOAN, MICHAEL SCHMITZ,
                         GROWTH CAPITAL SERVICES, INC., and
7                        BANCROFT PARTNERS, LLC

8                        _____/s/ Mary G. McNamara_____
                         Attorney for Defendant TENNYSON WEST, LLC
9

10                       _____/s/ Daniel Kubasak_____
                         Attorney for Defendant RESTAURANT
11                       SOLUTIONS, INC.

12

13                       April 4, 2012

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL        2                    CASE NO. C-11-04783 (DMR)