UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN,<br><br>         Plaintiff(s),<br><br>   v.<br><br>DEBORAH SELLERS,<br><br>         Defendant(s).<br>_____/ | No. C-11-04783 DMR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the parties' March 10, 2012 settlement agreement. [*See* Docket No. 180.]

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: April 10, 2012

_____
DONNA M. RYU
United States Magistrate Judge