UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN, | No. C-11-04783 DMR |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| DEBORAH SELLERS, | |
| Defendant(s). | |

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the parties' March 10, 2012 settlement agreement. [*See* Docket No. 180.]

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: April 10, 2012

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge