UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REENA LEVIN,                                              No. C-11-04783 DMR

        Plaintiff(s),                                **ORDER TO SHOW CAUSE**

    v.

DEBORAH SELLERS,

        Defendant(s).
_____/

    Plaintiffs have filed a motion for an order enforcing the Settlement Agreement against Defendant Sellers Markets, Inc. ("Motion"). [Docket No. 184.] Currently, the motion is set for a court hearing on June 27, 2013, at 11:00 a.m. Defendant Sellers Markets is apparently without legal representation. According to the local Court rules, Defendant Sellers Markets should have filed any brief in opposition to Plaintiffs' Motion by May 28, 2013. *See* Civil Local Rule 7-3. The court has received no such opposition.

    The court ORDERS Defendant Sellers Markets to respond by June 14, 2013 and explain its failure to respond to the motion or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not indicate that the court will necessarily accept Defendant Sellers Markets' late submission. If Defendant Sellers Markets does not respond by June 14, 2013, Plaintiffs' motion may be granted.

    Immediately upon receipt of this Order, Plaintiffs shall serve Defendant Sellers Markets. with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: June 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge