UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN, et al. | No. C-11-04783 DMR |
| Plaintiff(s), | **ORDER REQUIRING PLAINTIFFS TO FILE DECLARATION AND SERVE DOCKET NO. 227 ON SELLERS MARKETS AND FILE PROOF OF SERVICE** |
| v. | |
| DEBORAH SELLERS, et al. | |
| Defendant(s). | |

Plaintiffs Steven E. Schwarz and Reena Levin have filed a "Notice of Opposition to Claim of Exemption" against Defendant Sellers Markets, Inc. [Docket No. 227.] Plaintiffs shall serve Sellers Markets with a copy of Docket No. 227 and file a proof of service with the court.

By **October 10, 2013,** Plaintiffs shall also file a declaration explaining the actions they have taken in executing the judgment in conformance with Federal Rule of Civil Procedure 69 and applicable California state procedures, and shall serve Sellers Markets with a copy of that declaration and file a proof of service with the court.

Immediately upon receipt of this Order, Plaintiffs shall serve Sellers Markets with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: October 3, 2013

DONNA M. RYU
United States Magistrate Judge