UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REENA LEVIN,

        Plaintiff(s),

   v.

DEBORAH SELLERS,

        Defendant(s).
_____/

No. C-11-04783 DMR

**ORDER REQUIRING PLAINTIFFS TO FILE CLAIM OF EXEMPTION**

    Plaintiffs Steven E. Schwarz and Reena Levin have filed a "Notice of Opposition to Claim of Exemption" against Defendant Sellers Markets, Inc. [Docket No. 227.] Plaintiffs are ordered to file a copy of Defendant Sellers Markets Inc.'s Notice of Claim of Exemption and Claim of Exemption, and any attachments, as referenced in Docket No. 234 at ¶ 6, by **November 8, 2013**. The court is not requesting further argument and will ignore any submissions other than what it has requested. Plaintiffs shall serve Sellers Markets with a copy of any filing and file a proof of service with the court. Immediately upon receipt of this Order, Plaintiffs shall serve Sellers Markets with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: November 7, 2013

DONNA M. RYU
United States Magistrate Judge