IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN E. SCHWARZ, ET AL, | No. C-11-04783-DMR |
| Plaintiff, | **ORDER TO NOTICE HEARING FOR MOTION FOR ORDER HOLDING SELLERS MARKETS IN CONTEMPT [DOCKET NO. 233]** |
| v. | |
| SELLERS MARKETS, INC., ET AL, | |
| Defendant. | |

On October 10, 2013, Plaintiffs Steven E. Schwarz and Reena Levin filed a Motion for Order Holding Sellers Markets, Inc. in Contempt. [Docket No. 233.] That motion was improperly noticed and was never set for a hearing before this Court. Plaintiffs are instructed to notice their motion pursuant to Civil Local Rule 7-2.

Dated: November 8, 2013

DONNA M. RYU
United States Magistrate Judge