UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN, | No. C-11-04783 DMR |
| Plaintiff(s), | **ORDER DENYING MOTION FOR ORDER DETERMINING CLAIM OF EXEMPTION [DOCKET NO. 227] AS MOOT** |
| v. | |
| DEBORAH SELLERS, | |
| Defendant(s). | |

The court is in receipt of Plaintiffs' Notice of Withdrawal of Plaintiffs' Notice of Hearing on Claim of Exemption. [Docket No. 268.] The court construes this notice of withdrawal as withdrawing the Motion for Order Determining Claim of Exemption. [Docket No. 227.] Accordingly, the Motion for Order Determining Claim of Exemption is **denied as moot**.

IT IS SO ORDERED.

Dated: November 13, 2013

DONNA M. RYU
United States Magistrate Judge