UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBIN LOVE,　　　　　　　　　　　　　　　　No. C-12-05679 DMR

　　　　　Plaintiff(s),　　　　　　　　　　　　　　**ORDER REQUIRING DEFENDANTS TO BRING FEBRUARY 3, 2012 MEETING MINUTES TO MOTION HEARING ON NOVEMBER 14, 2013**

　　　　　v.

THE PERMANENTE MEDICAL GROUP,

　　　　　Defendant(s).
_____/

　　　　Defendants are ordered to bring the **unredacted** meeting minutes from the Privileges and Credentials Committee Meeting held on February 3, 2012 (TPMG 3272-3278) to the hearing on the joint discovery letters [Docket Nos. 106, 110, 131] on November 14, 2013.

　　　　The parties shall be prepared to submit during the November 14 hearing any other redacted or unredacted documents they wish the court to review.

　　　　IT IS SO ORDERED.

Dated: November 13, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge