UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN, | No. C-11-04783 DMR |
| Plaintiff(s), | **ORDER TAKING PLAINTIFFS' MOTION FOR CONTEMPT [DOCKET NO. 233], MOTION TO STRIKE [DOCKET NO. 241], AND MOTION TO DISMISS THIRD PARTY CLAIM [DOCKET NO. 273] UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| DEBORAH SELLERS, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Before the court are several requests by Plaintiffs Steven E. Schwarz and Reena Levin: (1) a motion for an order holding Sellers Markets in contempt pursuant to Federal Rule of Civil Procedure 70(e) [Docket No. 233], (2) a motion to strike a letter submitted by Deborah Sellers [Docket No. 241], and (3) a motion to dismiss third party claims [Docket No. 273]. The court finds that these matters are appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the January 9, 2014 hearing dates on the motions are hereby VACATED. The court will issue a written order on the motions.

IT IS SO ORDERED.

Dated: December 18, 2013

DONNA M. RYU
United States Magistrate Judge