UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REENA LEVIN,<br><br>        Plaintiff(s),<br><br>  v.<br><br>DEBORAH SELLERS,<br><br>        Defendant(s).<br>_____/ | No. C-11-04783 DMR<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT JUDGMENT DEBTOR EXAMINATION [DOCKET NO. 288]** |

      Plaintiffs have moved the court for leave to appear telephonically for the judgment debtor examination of Defendant Sellers Markets, Inc., which is scheduled for January 8, 2014 at 9:00 a.m. [Docket No. 288]. The motion is **denied**.

      IT IS SO ORDERED.

Dated: January 2, 2014

IT IS SO ORDERED

DONNA M. RYU
United States Magistrate Judge